IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ROBERT THOMAS DAVIS**                                                    **PLAINTIFF**

**v.**                                                                     **No. 1:06CV282-D-A**

**WEST POINT POLICE**
**DEPARTMENT, ET AL.**                                                     **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 18th day of Janaury, 2007.

                                                         /s/ Glen H. Davidson
                                                         CHIEF JUDGE